391 A.2d 702

Commonwealth v. Togans, Appellant.

Argued March 14, 1978. A. Mark Winter, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.